UNITED STATES of America,
Plaintiff–Appellant,

v.

Brian K. McMUTUARY and Dante A. Grier, Defendants–Appellees.

No. 98–1150, 98–1151.

United States Court of Appeals,
Seventh Circuit.

July 20, 1999.

Before FAIRCHILD, MANION, KANNE, Circuit Judges.

### ORDER

The petition for rehearing in the above-entitled case is GRANTED, the opinion entered on May 5, 1999 is VACATED, and the appeal is restored to the calendar for oral reargument at a date and time to be announced.